UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


| | | |
|---|---|---|
| KENNETH N. BOUDREAU | : | |
| | : | |
| v. | : | C.A. No. 11-123M |
| | : | |
| OPTION ONE MORTGAGE CORP., et al. | : | |
| | : | |

**ORDER**

On June 28, 2011, Plaintiff's counsel, Attorney Joseph P. Casale, was permitted to withdraw from this case. Plaintiff, Mr. Kenneth N. Boudreau, was ordered to engage successor counsel to appear by July 31, 2011 or he would be deemed to have entered his appearance pro se pursuant to Local Rule Gen. 205. Since no attorney has appeared as successor counsel for Plaintiff, he is deemed to be pro se, i.e., representing himself. However, Plaintiff has never provided the Court with his current mailing address and thus the Court and Defendants have no reliable manner in which to serve notices and pleadings on Plaintiff pursuant to Local Rule Gen. 205(c). Accordingly, Plaintiff is ORDERED to provide the Court with his current mailing address by September 9, 2011. If Plaintiff fails to do so, the Court will dismiss this action due to Plaintiff's noncompliance with Local Rule Gen. 205 and for failure to diligently prosecute this action.[1] The Clerk shall forward this Order to Plaintiff via the three possible mailing addresses for Plaintiff provided by his former attorney in his Motion to Withdraw, i.e., 11 Echo Lane, Portsmouth, Rhode Island 02871; P.O. Box 3175, Portsmouth, Rhode Island 02871; and the

---

[1] Plaintiff failed to appear for a Court conference scheduled for August 16, 2011.

Rhode Island Department of Corrections, Attn. Inmate #143411, P.O. Box 8249, Cranston, Rhode Island 02920.

SO ORDERED

  /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 16, 2011