Date:    February 21, 2012

To:      Counselors for Plaintiffs and Defendants, and Pro Se Plaintiffs

From:  Merrill W. Sherman, Special Master, In re: Mortgage Foreclosure Cases, 11-mc-88

Re:      Communication Update

-------------------------------------------------------------------------------------------------------------------

I am writing to provide a brief update to you.

For communication purposes with respect to these cases, I can be reached by email at MSherman@RISpecialMaster.com.  My colleague Linda Simmons can be reached at LSimmons@RISpecialMaster.com.  Additionally, unless otherwise indicated, all documents requested by me in these matters should be sent by email to:  Clerk@RISpecialMaster.com.

Correspondence can be mailed to me as follows:

> Special Master
> 50 Holden Street, Suite 200
> Providence, RI  02908

Pursuant to the Special Master Order, I have contracted with Sullivan & Company CPAs LLP to provide basic clerical, bookkeeping and database management services.

Finally, to reach me by phone please call 401-330-2799.  Faxes addressed to the Special Master can be sent to 401-331-4511.

Thank you for your consideration.