**Rose**

| | |
|---|---|
| **From:** | Joe Dolben <joseph.dolben@nbalaw.com> |
| **To:** | Rose |
| **Sent:** | Thursday, March 15, 2012 11:10 AM |
| **Subject:** | Read: FW: BabcockLawOffices Scanned Image |

Your message

  To:    Joe Dolben
  Subject: FW: BabcockLawOffices Scanned Image
  Sent:   Thu, 15 Mar 2012 10:28:40 -0400

was read on Thu, 15 Mar 2012 11:10:22 -0400

## Rose

| | |
|---|---|
| **From:** | Rose <rose@babcocklawoffices.com> |
| **Sent:** | Thursday, March 15, 2012 10:29 AM |
| **To:** | 'joed@nbalaw.com' |
| **Subject:** | FW: BabcockLawOffices Scanned Image |
| **Attachments:** | 2184_001.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'joed@nbalaw.com' | |
| | Joe Dolben | Read: 3/15/2012 11:10 AM |

DEAR MR. DOLBEN:

PLEASE CANCEL THE FORECLOSURE PURSUANT TO STAY, COMPLAINT ATTACHED. PLEASE CONFIRM. THANK YOU.

VERY TRULY YOURS,

ROSEMARIE MEDEIROS
OFFICE MANAGER
LAW OFFICE OF GEORGE E. BABCOCK, ESQ.
574 CENTRAL AVENUE
PAWTUCKET, RI 02861
TEL: 401-724-1904
FAX: 401-724-1906

**From:** Babcock Law Offices [mailto:scan@babcocklawoffices.com]
**Sent:** Thursday, March 15, 2012 11:06 AM
**To:** Rose
**Subject:** BabcockLawOffices Scanned Image

1