# MEMORANDUM

TO:         ALL COUNSELORS AND PRO SE PLAINTIFFS

FROM:    MERRILL W. SHERMAN, SPECIAL MASTER

DATE:    MARCH 27, 2012

I intend to provide the parties with a status update on April 11, 2012. I will see Plaintiffs' counselors and *pro se* Plaintiffs at 10:00 am and Defendants' Counsel Steering Committee Members at 11:00 am. The meetings will take place in Judge McConnell's conference room in his chambers on the 2nd floor of the U.S. District Courthouse. Any member of the Defendants' Counsel Steering Committee who needs to participate in the 11 am meeting by phone, please contact Aileen Sprague at Aileen_Sprague@rid.uscourts.gov for the call-in number.