UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases        )        Misc. No. 11-mc-88-M-LDA

## ORDER TO PAY USE AND OCCUPANCY FEES

The plaintiffs in the following cases are ordered to pay, by October 22, 2012, the following use and occupancy fees as previously assessed by the Special Master. Payments must be made by check or money order addressed to "Rhode Island Special Master" and mailed or delivered to 50 Holden Street, Providence, RI 02908 by said date.

| Case | Description |
|---|---|
| CA 11-418 | Timothy Noiseux - $670 per month for each of the six months of May 2012 through October 2012, totaling $4,020 |
| CA 11-421 | Dina Maccarone - $510 per month for each of the six months of May 2012 through October 2012, totaling $3,060 |
| CA 11-427 | Edward and Joy Stoltenberg - $1,750 per month for each of the six months of May 2012 through October 2012, totaling $10,500 |
| CA 11-645 | Lorraine Tokarski - $500 per month for each of the six months of May 2012 through October 2012, totaling $3,000 |
| CA 11-657 | Keith and Carleen Coelho - $480 per month for each of the six months of May 2012 through October 2012, totaling $2,880 |
| CA 12-015 | Todd Giroux - $790 per month for each of the six months of May 2012 through October 2012, totaling $4,740 |

| | |
|---|---|
| CA 12-028 | Joseph and Dorothy Pearl - $650 per month for each of the six months of May 2012 through October 2012, totaling $3,900 |

The plaintiffs in the following cases are ordered to pay, by October 30, 2012, the following use and occupancy fees as previously assessed by the Special Master. Payments must be made by check or money order addressed to "Rhode Island Special Master" and mailed or delivered to 50 Holden Street, Providence, RI 02908 by said date.

| | |
|---|---|
| CA 11-413 | Mercedes Mendez - $1,180 per month for each of the six months of May 2012 through October 2012 totaling $7,080 |
| CA 11-427 | Clara Akalarian - $800 per month for each of the six months of May 2012 to October 2012, totaling $4,800 |
| CA 11-427 | Frances Burt - $520 per month for each of the six months of May 2012 through October 2012, totaling $3,120 |
| CA 11-427 | Vincent and Myra Ferla - $480 per month for each of the six months of May 2012 through October 2012, totaling $2,880 |
| CA 11-427 | Souhail Khoury - $180 per month for each of the six months of May 2012 to October 2012, totaling $1,080 |
| CA 11-427 | Laura Obering - $430 per month for each of the six months of May 2012 through October 2012, totaling $2,580 |
| CA 11-427 | James Wills, III - $510 per month for each of the six months of May 2012 through October 2012, totaling $3,060 |

_/s/ Merrill W. Sherman_

Merrill W. Sherman
Special Master

October 16, 2012