UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases    )    Misc. No. 11-mc-88-M-LDA

## ORDER TO COMPLY

The following plaintiffs are delinquent as of May 29, 2013 in paying use and occupancy fees, as previously directed, in the amounts shown.

Each of such plaintiffs is hereby ordered to make make **all** payments shown as delinquent by June 6, 2013. Payments are to be made by check or money order payable to RI Special Master and must be received by her at 50 Holden Street, Providence, RI 02908 by such date. Failure of any plaintiff to come fully current in payments may result in the Special Master recommending dismissal of his/her case.

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 11-004 | Moll v. Mortgage Electronic Registration Services, Inc. et al (For the month of May 2013) | 940 | 940 |
| CA 11-205 | Lavergne v. Chase Home Finance, LLC (For the month of April 2013) | 470 | 470 |
| CA 11-262 | Collupy et al v. Mortgage Electronic Registration Systems, Inc et al (For the month of May 2013) | 680 | 680 |
| CA 11-284 | Rivera et al v. Option One Mortgage Corporation et al (For the month of May 2013) | 520 | 520 |
| CA 11-353 | Santana v. HSBC Bank USA, N.A. et al (For the month of May 2013) | 360 | 360 |
| CA 11-363 | Mandarelli v. Mortgage Electronic Registration Services, Inc. et al (For the month of May 2013) | 330 | 330 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 11-369 | Newberry et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 950 | 950 |
| CA 11-409 | Sauro v. Mortgage Electronic Registration Systems, Inc et al (For the month of May 2013) | 350 | 350 |
| CA 11-432 | Dequattro v. New Century Mortgage Corp. et al (For the month of May 2013) | 480 | 480 |
| CA 11-458 | Ammerman v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 510 | 1020 |
| CA 11-467 | DiZoglio et al v. Bank of America, NA et al (For the month of May 2013) | 390 | 390 |
| CA 11-488 | Giampietro et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 760 | 760 |
| CA 11-495 | Prum et al v. Mortgage Electronic Registration Systems, Inc et al (For the month of May 2013) | 550 | 550 |
| CA 11-508 | Gaudreau v. Mortgage Electronic Registration Services, Inc. et al (For the month of May 2013) | 330 | 330 |
| CA 11-516 | Lemois et al v. New Century Mortgage Corp. (For the month of May 2013) | 660 | 660 |
| CA 11-529 | Szafranski III et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 470 | 470 |
| CA 11-550 | Ambrose v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 550 | 550 |
| CA 11-569 | Greco et al v. Argent Mortgage Company, LLC et al (For the month of May 2013) | 650 | 650 |
| CA 11-612 | Rene v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 420 | 1260 |
| CA 11-622 | Pitts v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 280 | 560 |
| CA 11-630 | Romain et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 670 | 670 |
| CA 11-640 | Rivera et al v. Wells Fargo Home Mortgage, Inc. et al (For the month of May 2013) | 490 | 490 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 11-655 | Aubee et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 620 | 620 |
| CA 11-659 | Caetano v. Citifinancial Consumer Services, Inc. et al (For the month of May 2013) | 440 | 440 |
| CA 12-022 | Otano v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 430 | 1080 |
| CA 12-030 | Gomez v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 480 | 1440 |
| CA 12-032 | Guglielmo et al v. Mortgage Electronic Registration Services, Inc. et al (For the month of May 2013) | 430 | 430 |
| CA 12-034 | Paliotta et al v. Mortgage Electronic Registration Systems, Inc et al (For the months of April and May 2013) | 600 | 1200 |
| CA 12-036 | Mapel v. Mortgage Electronics Registration Systems, Inc. et al (For the months of May 2013) | 490 | 490 |
| CA 12-048 | Senra et al v. Mortgage Electronic Registration Systems, Inc et al (For the months of April and May 2013) | 650 | 1300 |
| CA 12-051 | Hoffman v. Wells Fargo Bank, NA et al (For the month of May 2013) | 570 | 570 |
| CA 12-070 | Frye et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 550 | 1100 |
| CA 12-072 | Mit v. PNC Bank, NA (For the month of May 2013) | 350 | 340 |
| CA 12-104 | Imondi et al v. Washington Mutual Bank, FA (For the month of May 2013) | 510 | 510 |
| CA 12-114 | Goncalves et al v. Mortgage Electronic Registration Services, Inc. et al (For the months of April and May 2013) | 520 | 1040 |
| CA 12-123 | Vargas et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 480 | 480 |
| CA 12-155 | Breton et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 740 | 2220 |
| CA 12-156 | Southland et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 720 | 1440 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-183 | Slattery v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 910 | 910 |
| CA 12-205 | Eguez et al v. Ocwen Loan Servicing, LLC et al (For the month of May 2013) | 370 | 370 |
| CA 12-219 | David et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 370 | 740 |
| CA 12-264 | Fonseca et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 620 | 1240 |
| CA 12-280 | Sousa et al v. Wells Fargo Bank, NA et al (For the month of May 2013) | 640 | 640 |
| CA 12-297 | Estrada et al v. Ramp 2006-SP4 et al (For the month of May 2013) | 270 | 270 |
| CA 12-303 | Sousa et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 620 | 620 |
| CA 12-320 | Vetelino et al v. Wells Fargo Home Mortgage (For the months of April and May 2013) | 200 | 400 |
| CA 12-326 | Gallo et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of January through May 2013) | 500 | 2500 |
| CA 12-388 | Rosa v. Citimortgage, Inc. et al (For the remainder of April, 2013 and the month of May, 2013) | 390 | 400 |
| CA 12-390 | Soares et al v. Federal National Mortgage Association (For the month of May 2013) | 210 | 210 |
| CA 12-408 | Fermin v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 530 | 530 |
| CA 12-420 | Arango v. Mortgage Electronic Registration Systems, Inc. et al (For the months of February through May 2013) | 490 | 1960 |
| CA 12-429 | O'Connell v. Bank of America Home Loans et al (For the month of May 2013) | 550 | 550 |
| CA 12-443 | DaSilva et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 1090 | 2180 |
| CA 12-462 | Meresi v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 370 | 740 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-491 | Latour v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 610 | 610 |
| CA 12-553 | Riccardi v. Chase Bank USA N.A. (For the months of May 2013) | 660 | 660 |
| CA 12-561 | Sterling v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 430 | 420 |
| CA 12-570 | Romain v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 660 | 660 |
| CA 12-578 | Gomes v. Mortgage Electronic Registration Systems, Inc. et al (For the remainder of May 2013) | 440 | 220 |
| CA 12-579 | Shao v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 640 | 640 |
| CA 12-594 | Coccia v. Option One Mortgage Corporation et al (For the month of May 2013) | 380 | 380 |
| CA 12-604 | Romano et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 380 | 760 |
| CA 12-620 | Harlow v. NorthWest Mortgage, Inc. et al (For the remainder of May 2013) | 270 | 230 |
| CA 12-649 | Wood et al v. Ameriquest Mortgage Company et al (For the remainder of March, 2013 and the months of April and May 2013) | 540 | 1200 |
| CA 12-663 | DiCostanzo v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 360 | 720 |
| CA 12-719 | McInerney et al v. National City Mortgage Co. et al (For the remainder of April, 2013 and the month of May 2013) | 1550 | 2700 |
| CA 12-757 | Ung v. JP Morgan Chase, et al (For the month of May 2013) | 540 | 540 |
| CA 12-761 | McCoy v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 340 | 340 |
| CA 12-800 | Gomersall v. Mortgage Electronic Registration Systems, Inc. et al (For the months of March through May 2013) | 740 | 2220 |
| CA 12-801 | Moore v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 580 | 1160 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-818 | D'Alessio et al v. Chase Bank, NA et al (For the month of May 2013) | 250 | 250 |
| CA 12-820 | Antonucci v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 690 | 690 |
| CA 12-824 | Berkemeier v. Chase Bank USA, NA et al (For the month of May 2013) | 530 | 530 |
| CA 12-830 | Beckwith v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 380 | 380 |
| CA 12-831 | Cooke, Jr. et al v. Mortgage Electronic Registration Services, Inc. et al (For the months of April and May 2013) | 770 | 1540 |
| CA 12-846 | Hach et al v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 510 | 510 |
| CA 12-853 | Fiore v. Wachovia Mortgage; FSB et al (For the months of April and May 2013) | 810 | 1620 |
| CA 12-854 | Montgomery et al v. Mortgage Electronic Registration Systems, Inc. et al   (For the months of April and May 2013) | 810 | 1620 |
| CA 12-855 | Danti-King v. Delta Funding et al (For the months of April and May 2013) | 820 | 1640 |
| CA 12-868 | Vaz et al v. Option One Mortgage Corporation et al (For the months of April and May 2013) | 760 | 1520 |
| CA 12-871 | Dan-Harry v. National City Bank of Indiana et al (For the remainder of May 2013) | 600 | 120 |
| CA 12-881 | Grenier et al v. The New York Mortgage Company, LLC et al (For the month of May 2013) | 1200 | 1200 |
| CA 12-891 | Huynh v. Long Beach Mortgage Company, Inc. et al (For the month of May 2013) | 540 | 540 |
| CA 12-896 | Pannone v. Bank of America, NA et al (For the month of May 2013) | 540 | 540 |
| CA 12-905 | White v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 2020 | 2020 |
| CA 12-919 | Tokarski v. Deutsche Bank Trust Company Americas et al (For the remainder of May 2013) | 390 | 170 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 12-935 | Saing v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 480 | 480 |
| CA 12-951 | Koolen v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 750 | 750 |
| CA 13-007 | Salkeld v. Wells Fargo Bank, N.A. et al (For the months of March through May 2013) | 430 | 1290 |
| CA 13-022 | Gizzarelli v. Federal Home Loan Mortgage Corporation et al (For the month of May 2013) | 490 | 490 |
| CA 13-028 | Rashid v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 990 | 990 |
| CA 13-057 | Bracamonte et al v. U.S. Bank National Association et al (For the month of May 2013) | 550 | 550 |
| CA 13-058 | Rainone v. Chase Bank USA, NA et al (For the months of April and May 2013) | 990 | 1980 |
| CA 13-065 | Nicolace v. JP Morgan Chase Bank NA (For the months of April and May 2013) | 570 | 1140 |
| CA 13-070 | Rost, Sr. et al v. Option One Mortgage Corporation et al (For the month of April and May 2013) | 260 | 520 |
| CA 13-074 | Estate of Felipe Caba v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 340 | 680 |
| CA 13-077 | Carignan v. Wells Fargo Bank, NA et al (For the months of April and May 2013) | 500 | 1000 |
| CA 13-078 | Benevides v. Option One Mortgage Corporation et al (For the months of April and May 2013) | 510 | 1020 |
| CA 13-079 | Guilmette Jr. v. Mortgage Electronic Registration Systems et al (For the month of May 2013) | 610 | 610 |
| CA 13-084 | Batista et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 590 | 1180 |
| CA 13-085 | Bittner et al v. Mortgage Electronic Registration Systems, Inc. et al (For the months of April and May 2013) | 520 | 1040 |
| CA 13-093 | Seggos v. Deutsche Bank National Trust Company et al (For the month of May 2013) | 750 | 750 |

| Case No. | Case Name | Monthly U/O Fee | Balance Owed |
|---|---|---|---|
| CA 13-094 | Olivio v. Mortgage Electronic Registration Systems, Inc. et al (For the month of May 2013) | 370 | 370 |
| CA 13-109 | Loffredo et al v. Wells Fargo Bank, NA et al (For the months of April and May 2013) | 480 | 960 |
| CA 13-148 | Martin et al v. Mortgage Electronic Registration Systems et al (For the month of May 2013) | 220 | 220 |

Payments are to be made by check or money order payable to RI Special Master and must be received by her at 50 Holden Street, Providence, RI 02908 by such date. Failure of any plaintiff to become fully current in payments or to file a stipulation of dismissal by June 6, 2013, will result in the Special Master recommending dismissal of his/her case.

_/s/ Merrill W. Sherman_        5/29/13

Merrill W. Sherman             Date
Special Master