UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

**OPPOSITION OF FEDERAL HOME LOAN MORTGAGE CORPORATION TO PLAINTIFFS' RULE 65 MOTION**

Now comes the Federal Home Loan Mortgage Corporation ("Freddie Mac") through the undersigned counsel of record in the below-listed cases, to oppose Plaintiffs' Motions for a continuation of an injunction pursuant to Fed. R. Civ. P. 65, Doc. 2175. In support thereof, Freddie Mac in the following cases joins the opposition papers submitted by the Harmon Law Firm on behalf of Freddie Mac.

| PLAINTIFF | | DEFENDENTS | US DISTRICT COURT CASE NO. |
|---|---|---|---|
| DiZoglio, Evan J.; Jesse H. DiZoglio; E & J Properties, LLC | v. | Bank of America, NA; Freddie Mac | 1:11-cv-467-M-LDA |
| Grenga, Jeanne | v. | MERS, BAC Home Loans Servicing, LP, Freddie Mac | 1:11-cv-257-M-LDA |
| Hudson, Crystal | v. | MERS; BAC Home Loans Servicing, LP; Freddie Mac | 1:11-cv-501-M-LDA |
| Robles, Ambrocio | v. | MERS, Green Point, BAC Home Loans Servicing, LP, Freddie Mac | 1:11-cv-309-M-LDA |
| Ziobro, Thomas | v. | MERS; BAC Home Loans Servicing, LP; Freddie Mac | 1:11-cv-454-M-LDA |

This joinder applies only to Defendant Freddie Mac in the above cases.

1

Dated: July 5, 2013    Respectfully submitted,

/s/ *Harris K. Weiner*
Harris K. Weiner (#3779)
Salter, McGowan, Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903
Tel.: 401-274-0300
Fax: 401-453-0073
hweiner@smsllaw.com

## CERTIFICATION

I hereby certify that on this 5th day of July 2013 this document was filed pursuant to court order by transmitting a copy via email to Barbara Barletta, docket clerk, Barbara_barletta@rid.uscourts.gov for docketing and service upon counsel.

/s/ *Harris K. Weiner*
Harris K. Weiner