UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| In re: Mortgage Foreclosure Cases | ) | Misc. No. 11-mc-88-M-LDA |
| | ) | |
| | ) | |

_____

## OPPOSITION OF FEDERAL NATIONAL MORTGAGE ASSOCIATION TO PLAINTIFFS' RULE 65 MOTION

Now comes the Federal National Mortgage Association ("FNMA") through the undersigned counsel of record in the cases identified in Appendix A attached hereto, to oppose Plaintiffs' Motions for continuation of an injunction pursuant to Fed. R. Civ. P. 65, Doc. 2175. In support thereof, FNMA, for the cases listed in the Appendix hereto joins the brief and opposition papers submitted by the law firm of Hinshaw & Culbertson, LLP for Fannie Mae cases.

Dated:  July 5, 2013                              Respectfully submitted,

                                                            /s/ *Harris K. Weiner*
                                                            Harris K. Weiner (#3779)
                                                            Salter, McGowan, Sylvia & Leonard, Inc.
                                                            321 South Main Street, Suite 301
                                                            Providence, RI 02903
                                                            Tel.: 401-274-0300
                                                            Fax: 401-453-0073
                                                            hweiner@smsllaw.com

## **CERTIFICATION**

      I hereby certify that on this 5th day of July 2013 this document was filed pursuant to court order by transmitting a copy via email to Barbara Barletta, docket clerk, Barbara_barletta@rid.uscourts.gov for docketing and service upon counsel.


/s/ *Harris K. Weiner*
Harris K. Weiner

## APPENDIX A

This joinder applies only to Defendant Federal National Mortgage Association ("FNMA") for the following cases:

| PLAINTIFF | | DEFENDENTS | US DISTRICT COURT CASE NO. |
|---|---|---|---|
| Moll | v. | FNMA, MERS, Countrywide, BAC, Bank of America | 1:11-cv-004-M-LDA |
| Aceto (I), Felipo & Jennifer | v. | FNMA, BAC, MERS | 1:11-cv-046-M-LDA |
| Picard, Jeffrey | v. | MERS, BAC, Countrywide, FNMA | 1:11-cv-332-M-LDA |
| Santana, Kelvin | v. | FNMA, BAC, Bank of America | 1:11-cv-353-M-LDA |
| Guastini, Daniel L | v. | MERS, BAC, FNMA | 1:11-cv-373-M-LDA |
| Bilodeau, James & Tina | v. | Bank of America, FNMA | 1:11-cv-414-M-LDA |
| Silvia, Louis | v. | MERS; FNMA | 1:11-cv-468-M-LDA |
| Tovar, Yomaira | v. | Bank of America, FNMA | 1:11-cv-473-M-LDA |
| Petrarca, Jessica | v. | MERS, Countrywide, FNMA | 1:11-cv-479-M-LDA |
| Prum, Bun Heang, Joseph Edman, Sophoeun Phang | v. | MERS, Countrywide, FNMA | 1:11-cv-495-M-LDA |
| Landry, Roger and Joan | v. | MERS, FNMA | 1:11-cv-514-M-LDA |
| O'Coin, Christopher D.& Renee C. | v. | MERS, Countrywide, FNMA | 1:11-cv-545-M-LDA |
| Correra, Cheryl | v. | MERS;  FNMA | 1:11-cv-554-M-LDA |
| Simonelli, Judith | v. | MERS, Countrywide, FNMA | 1:11-cv-568-M-LDA |
| Ferreira, Antonio & Kathleen | v. | MERS; Countrywide ; FNMA | 1:11-cv-583-M-LDA |
| Otano, Christina | v. | MERS; Bank of America, FNMA | 1:12-cv-022-M-LDA |
| Sanzaro, Christopher & Nicole-Crystal | v. | MERS; BAC Home Loan Servicing, FNMA | 1:12-cv-154-M-LDA |
| Cotrone, Richard & Margaret | v. | MERS; Countrywide Home Loans; FNMA | 1:12-cv-248-M-LDA |
| Spardello, Kent & Cissie | v. | MERS; Countrywide, FNMA | 1:12-cv-252-M-LDA |
| Gesualdi, Peter & Cheryl | v. | MERS, FNMA | 1:12-cv-347-M-LDA |
| Beauregard, Paul & Jo-Anne | v. | MERS, FNMA | 1:12-cv-411-M-LDA |
| Soares, Jose & Adelia | v. | FNMA, MERS | 1:12-cv-487-M-LDA |
| Miamen, Patrick & Hawa | v. | Bank of America, FNMA | 1:12-cv-634-M-LDA |
| Moua, Ha | v. | MERS, FNMA | 1:12-cv-675-M-LDA |
| Vargas, Rafael Alba | v. | MERS, Countrywide, FNMA | 1:12-cv-797-M-LDA |
| Cooke, Richard, Jr.& Joyce | v. | MERS, Countrywide, FNMA | 1:12-cv-831-M-LDA |
| Richards, Nancy | v. | MERS, Bank of America, FNMA | 1:12-cv-928-M-LDA |
| Blais, Scott M. | v. | Bank of America, FNMA | 1:13-cv-006-M-LDA |
| Grant, Wanda & Madeline | v. | Bank of America, NA, FNMA | 1:13-cv-098-M-MDA |
| Fonseca, Julio and Lee Ann | v. | MERS, FNMA | 1:13-cv-203-M-LDA |