## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Mortgage Foreclosure Cases | :   Misc. Case No. 11-mc-88-M-LDA |
| | : |
| | : |
| | :   JULY 3, 2013 |

### MEMORANDUM OF CERTAIN *MCCLARD* AND *OLIVO* DEFENDANTS IN OPPOSITION TO THE CONTINUATION OF THE PRELIMINARY INJUNCTION

Defendants to the action entitled *McClard v. Mortgage Electronic Registration Systems Inc., et al.,* No. 12-CV-00535 Mortgage Electronic Registration Systems, Inc., LSF7 Bermuda NPL III Trust, and Wells Fargo Delaware Trust Company, NA as Trustee for Vericrest Opportunity Loan Trust 2011-NPL1, and defendants to the action entitled *Olivo v. Bank of New York Mellon, et al.*, No. 12-CV-00089 Mortgage Electronic Registration Systems, Inc., The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, and Caliber Home Loans, Inc. (formerly known as Vericrest Financial, Inc.), hereby join in the Memorandum entitled Certain Defendants' Opposition to Plaintiffs' Briefs Seeking Continuation of the Preliminary

84821979.1

Injunction" [Docket Entry #2175].

DEFENDANTS MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., LSF7 BERMUDA NPL III TRUST, WELLS FARGO DELAWARE TRUST COMPANY, NA AS TRUSTEE FOR VERICREST OPPORTUNITY LOAN TRUST 2011-NPL1, THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1, AND CALIBER HOME LOANS, INC.

   /s/ Joseph K. Scully
Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

2

84821979.1

3

## CERTIFICATION

I hereby certify that on this 3rd day of July, 2013, this document was filed pursuant to court order by transmitting a copy via email to Barbara Barletta, Docket Clerk, barbara_barletta@rid.uscourts.gov, for docketing and service upon counsel.

    /s/ Joseph K. Scully
Joseph K. Scully

84821979.1