UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                      )
                                      )
In re: Mortgage Foreclosure Cases     )
                                      )
_____)

OBJECTION TO PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION

      Certain defendants in cases 11-124, 12-0028, 12-235, 12-702, 12-927, 13-109, 13-187, 13-227, 13- 309 and 13-310 hereby object to the request for a preliminary injunction in that the Plaintiff therein have failed to meet their burden for the equitable relief claimed. In support thereof, defendants join the memorandum filed by similiary situated defedants in the cases consolidated on the master docket.

                                    MetLife Home Loans, a
                                    Division of MetLife Bank, NA.,
                                    EMC Mortgage Corporation,
                                    US Bank, NA as Trustee as Legal Title
                                    Trustee for Truman 2012 SC Title Trust,
                                    Kondaur Capital Corporation, Mortgage
                                    Electronic Registration Systems, Inc.,
                                    Westbourne Capital, LLC, Residential
                                    Funding Real Estate Holdings, LLC,
                                    Bank of America, N.A.

                                    By their attorney,


                                    __/s/ Michael R. Hagopian_____
                                    Michael R. Hagopian #3448
                                    Orlans Moran, PLLC
                                    PO Box 540540
                                    Waltham, MA 02454
                                    (781) 790-7800


CERTIFICATION

I hereby certify that a true copy was sent by electronic means to counsel of record


                                    __/s/ Michael R. Hagopian_____