UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| In re:  Mortgage Foreclosure Cases | : : : : : : | Misc. No. 11-mc-88-M-LDA |

## MEMORANDUM OF CERTAIN DEFENDANTS IN OPPOSITION TO THE IMPOSITION OF AN INJUNCTION

Certain Defendants listed below and named in those cases listed in Exhibit A attached hereto, hereby oppose plaintiffs' request for preliminary injunction and join in the legal arguments and positions set forth in the Memorandum entitled "Certain Defendants' Opposition to Plaintiffs' Briefs Seeking Continuation of the Preliminary Injunction" **(Doc. #2175).**

NATIONAL CITY MORTGAGE CO.,
PNC BANK, NA, FEDERAL NATIONAL
MORTGAGE ASSOCIATION, NATIONAL CITY
MORTGAGE COMPANY, PNC FINANCIAL
SERVICES GROUP, INC., NATIONAL CITY
CORP., PNC FINANCIAL SERVICES, INC.,
NATIONAL CITY BANK OF INDIANA, PNC
BANK, NATIONAL ASSOCIATION, PNC
MORTGAGE SERVICES, INC.
By their attorneys,

/s/ Warren D. Hutchison
Warren D. Hutchison, BBO #246150
LECLAIRRYAN, A Professional Corporation
One International Place, 11th Floor
Boston, MA  02110
(617) 502-8200
Warren.Hutchison@leclairryan.com

Dated: July 5, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 5, 2013.

/s/ Warren D. Hutchison

## EXHIBIT A

| Case Number | Case Name |
|---|---|
| 1:11-cv-472 | Romero v. National City Mortgage Co., et al |
| 1:11-cv-474 | Holder, et al v. National City Mortgage Co., et al |
| 1:11-cv-515 | Stanley, et al v. PNC Bank, NA, et al |
| 1:11-cv-517 | Kebarian, et al v. PNC Bank, NA |
| 1:11-cv-543 | Enders, et al v. PNC Bank, NA |
| 1:11-cv-606 | Rodriguez v. U.S. Bank, NA, et al |
| 1:12-cv-072 | Mit v. PNC Bank, NA |
| 1:12-cv-173 | Graichen, et al v. Mortgage Electronic Registration Systems, Inc., et al |
| 1:12-cv-620 | Harlow v. NorthWest Mortgage, Inc., et al |
| 1:12-cv-699 | Griffee v. National City Mortgage Co., et al |
| 1:12-cv-719 | McInerney, et al v. National City Mortgage Co., et al |
| 1:12-cv-731 | Crossman, et al v. National City Mortgage Co., et al |
| 1:12-cv-732 | Daszkiewicz, et al v. National City Mortgage Co., et al |
| 1:12-cv-764 | Sagoe v. PNC Bank, NA |
| 1:12-cv-856 | Turco, et al v. Deutsche National Bank, et al |
| 1:12-cv-871 | Dan-Harry v. National City Bank of Indiana, et al |
| 1:12-cv-880 | Espinal v. National City Mortgage Co. et al |
| 1:12-cv-902 | Carpenter v. National City Mortgage Co., et al |
| 1:13-cv-243 | Husband, et al v. PNC Bank, NA |
| 1:13-cv-250 | Salvadore v. PNC Bank, NA, et al |

| | |
|---|---|
| 1:13-cv-266 | Polanco v. Mortgage Electronic Registration Systems, Inc., et al |
| 1:13-cv-308 | Enriquez v. PNC Bank, NA, et al |
| 1:13-cv-336 | Porcaro Jr., et al v. PNC Bank, NA, et al |
| 1:13-cv-339 | Santana v. National City Mortgage Co., et al |
| 1:13-cv-406 | Bravo, et al v. PNC Bank, NA, et al |
| 1:13-cv-399 | Marchand v. PNC Bank, NA, et al |
| 1:10-cv-440 | Iadimarco v. National City Mortgage, et al |
| 1:11-cv-312 | Boisseau v. National City Bank of Indiana, et al |