# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases     :     Misc. No. 11-mc-88-M-LDA

## MEMORANDUM OF CERTAIN DEFENDANTS IN OPPOSITION TO THE IMPOSITION OF AN INJUNCTION

All Defendants represented by the undersigned[1], join in the memorandum entitled *Certain Defendants' Opposition to Plaintiffs' Briefs Seeking Continuation of the Preliminary Injunction* [Docket Entry #2175], *Defendants' Response to Order Concerning Injunctive Relief* [Docket Entry #2180], and the similar oppositions filed on behalf of Federal National Mortgage Association ("Fannie Mae") and Mortgage Electronic Registration Systems, Inc. ("MERS"), which have not yet been docketed.

          Respectfully submitted,
          **The collective Defendants represented by,**

          /s/ *Thomas R. Lavallee*
          Thomas R. Lavallee, Esq. #8579
          Harmon Law Offices, P.C.
          150 California Street
          Newton, MA 02458
          Direct: (617) 558-8466
          Fax : (617) 243-4038
          tlavallee@harmonlaw.com

          /s/ *Scott C. Owens*
          Scott C. Owens, Esq. #8831
          Harmon Law Offices, P.C.
          150 California Street
          Newton, MA 02458
          Direct: (617) 558-0540
          Fax : (617) 243-4038

Dated: July 5, 2013           sowens@harmonlaw.com

---

[1] To the extent that the undersigned represent Federal Home Loan Mortgage Corporation, Fannie Mae, and MERS, the oppositions submitted for these entities have been or are being contemporaneously submitted and the undersigned counsel do not make any representations as to the joinder of these parties to any other party's opposition.

## CERTIFICATION

I, Thomas R. Lavallee, certify that on July 5, 2013, this document was filed pursuant to this Court's June 19, 2013 Order – as modified by the Court's June 26th text Order - by transmitting a copy via email to Barbara Barletta, Docket Clerk, barbara_barletta@rid.uscourts.gov, for docketing and service upon counsel.

*/s/ Thomas R. Lavallee*
Thomas R. Lavallee
