MERRILL W. SHERMAN, SPECIAL MASTER
50 Holden Street, Suite 200
Providence, RI  02908


September 16, 2013


Judge John J. McConnell, Jr.
U.S. District Court
One Exchange Terrace
Providence, RI  02903

Dear Judge McConnell:

Enclosed please find the Special Master bills for the period from August 1 through August 31, 2013.

I would ask that you please approve these bills.

As always, if you have any questions or comments, please do not hesitate to call.

Thank you for your consideration.

Very truly yours,


Merrill W. Sherman
Special Master

Enclosures

Cc:  A. Moses, A. Sprague, B. Hurst, L. Simon, L. Devine, D. Sullivan



VIA EMAIL

**MERRILL W. SHERMAN, SPECIAL MASTER**
50 Holden Street, Suite 200
Providence, RI  02908

*For Professional Services*

John J. McConnell, Jr.,
United States District Court Judge
U.S. District Court
One Exchange Terrace
Providence, RI  02903

Invoice No.   19
Date          09/16/13

--------------------------------------------------------------------------------------------------------

For Services Rendered August 1, 2013 through August 31, 2013

| | | |
|---|---|---|
| Merrill Sherman | | $ 6,936.00 |
| Proxy Management Solutions, Inc. (Barbara Hurst) | | 18,812.50 |
| Sullivan & Company a division of BlumShapiro | | |
| Permanent Employees and Fees | 13,354.90 | |
| Exclusive to RISM Project Employee[1] | 17,099.54 | |
| (Please refer to attached detail for all.) | | 30,454.44 |
| Total Amount Due | | $56,202.94 |

Entire amount to be payable to Sherman Consulting, LLC (SLC), which will make disbursement(s) as per the above.  SLC will be responsible party for tax accounting purposes and issuance of 1099's.

Thank you.

_____

[1] Eric Slingo and Andrew Rodgers are temporary payroll employees of Sullivan & Company a division of BlumShapiro (formerly Sullivan & Company CPAs LLP) and work exclusively on the Mortgage Foreclosure docket.

**Rhode Island Special Master**
*In re: Mortgage Foreclosure Cases*

**Billing to Court for Period August 1, 2013 through August 31, 2013**

| DATE | MEMO | RATE | # Hours | Amount |
|------|------|------|---------|--------|
| **Sherman, Merrill** | | | | |
| 1-Aug | Settlement conference: prepare docket overview; meet with attorneys; office conference with E. Slingo; review and respond to emails | 300 | 3.00 | 900.00 |
| 9-Aug | Miscellaneous telephone calls and emails | 300 | 0.50 | 150.00 |
| 13-Aug | Conduct settlement conferences | 300 | 2.50 | 750.00 |
| 14-Aug | Conduct settlement conferences; telephone calls with attorneys; review files, emails and orders; office conference with E. Slingo | 300 | 4.00 | 1200.00 |
| 20-Aug | Conduct Team meeting; review emails, case status, and conference scheduling | 300 | 3.00 | 900.00 |
| 22-Aug | Conduct settlement conferences; prepare statement; office conference with E. Slingo/ telephone call with B. Hurst; review emails and case status | 300 | 5.00 | 1500.00 |
| 27-Aug | Conduct settlement conference; conduct team status meeting; review reports, emails, Order form and status report; telephone conferences; miscellaneous administrative matters | 300 | 2.80 | 840.00 |
| 28-Aug | Conduct settlement conferences and prep therefore | 300 | 2.20 | 660.00 |
| | | 300 | 23.00 | 6900.00 |
| **Parking Fees** | | | | |
| 30-Jul | | | 18 | |
| 31-Jul | | | 18 | 36.00 |
| | | TOTAL CHARGES | | 6936.00 |

**Proxy Management Solutions, Inc.**
PO Box 603018, Providence, RI 02906
Hurst.management@gmail.com

To:     Sherman Consulting, LLC
Re:     Mortgage Foreclosure Cases
          Invoice –August 2013 -- Services of Barbara Hurst
Date:   September 11, 2013

| Date | Hours | Services Rendered |
|---|---|---|
| 8/1/2013 | 1.5 | Review and respond to attorney emails, disbursement orders, review of sanction order |
| 8/2/2013 | 0.5 | Review and respond to attorney emails |
| 8/3/2013 | 0.75 | Review and respond to attorney emails, relief from stay requests |
| 8/5/2013 | 8.0 | Settlement conferences, dismissal order, review and respond to attorney emails |
| 8/6/2013 | 8.0 | Settlement conferences, dismissal order, review and respond to attorney emails |
| 8/7/2013 | 1.0 | Review and respond to attorney emails |
| 8/8/2013 | 3.5 | Settlement conferences, review and respond to attorney emails |
| 8/13/2013 | 2.75 | Review and respond to attorney emails, approve orders, billing issues |
| 8/14/2013 | 5.0 | Meeting with MWS, review & respond to attorney emails, invoice and DB issues |
| 8/15/2013 | 7.75 | Settlement conferences, review & response to attorney emails |
| 8/16/2013 | 3.25 | Settlement conferences |
| 8/20/2013 | 4.5 | Review and respond to attorney emails; staff meeting, meeting with MWS |
| 8/21/2013 | 3.75 | Settlement conferences |
| 8/22/2013 | 3.0 | Review and respond to attorney emails; review of proposed filings; T/conf w/ MSW and ES re MWS filings, receipt of off-docket requests |
| 8/23/2013 | 1.5 | Review and respond to attorney emails; review commercial property and off-docket requests |
| 8/26/2013 | 3.5 | Review and respond to attorney emails; draft commercial property and off-docket filings meeting with Eric; staff meeting agenda |
| 8/27/2013 | 3.25 | Review and respond to attorney emails, staff meeting, settlement conference, review of compliance with Eric |
| 8/28/2013 | 2.75 | Review and respond to attorney emails, retainer compliance, review of orders |
| 8/29/2013 | 6.0 | Review and respond to attorney emails, settlement conferences |
| 8/30/2013 | 5.0 | Settlement conferences |

**Total:**     **75.25**   @ $250/hour: **$18,812.50**

50 Holden Street
Providence, RI 02908
blumshapiro.com

Tel  401.272.5600
Fax 401.272.0952



**FOR PROFESSIONAL SERVICES**

*MERRILL SHERMAN, SPECIAL MASTER*
*50 HOLDEN ST.*
*PROVIDENCE, RI  02908*

*Invoice No.   39781*
*Date          08/31/2013*
*Client No.    120111*

Services rendered through August 31, 2013, including September 2013 rent. Please refer to attached detail.

Current Amount Due     $    13,354.90

INVOICES ARE PAYABLE UPON RECEIPT

Blum, Shapiro & Company, P.C.                                    An Independent Member of Baker Tilly International

MERRILL SHERMAN, SPECIAL MASTER
C/O SHERMAN CONSULTING, LLC
50 HOLDEN STREET
PROVIDENCE, RI

| Date | Employee | Memo | Hours | Fees |
|------|----------|------|-------|------|
| 7/16/2013 | Devine | Posting U & O/Retainer Payments, emailing requested invoice to attorney Voke's legal assistant, adjusting QB account for NSF Check and emailing representing attorney for plaintiff's to submit replacement U & O payments | 5.25 | |
| 8/1/2013 | Devine | posting U & O/Retainer payments, emailing Laura QB reports, updating unit numbers in QB, emailing attorney Dion with NSF Retainer check, answering phone calls from plaintiffs regarding U & O payments received, writing out July expense checks and disbursement checks | 5.25 | |
| 8/5/2013 | Devine | Posting U & O/Retainer payments over 350 checks | 2.25 | |
| 8/6/2013 | Devine | Posting U & O/Retainer payments over 350 checks | 5.25 | |
| 8/7/2013 | Devine | posting 8/5/2013 U & O/Retainer payments, updating unit numbers in QB, applying U & O payments against invoices for late U & O access upload | 5.25 | |
| 8/8/2013 | Devine | Posting U & O/Retainer and writing out disbursement fund checks | 3 | |
| 8/9/2013 | Devine | Posting U & O/Retainer payments and bank rec and emailing Laura QB reports | 3 | |
| 8/14/2013 | Devine | Posting U & O/Retainer Payments emailing Attorney's regarding NSF U & O Checks, and adjusting accounts for NSF Checks | 5.25 | |
| 8/15/2013 | Devine | Emailing Jan Wainer missing invoices and writing checks for expenses | 3 | |
| 8/20/2013 | Devine | Posting U & O payment, calc. daily deposits, head writing disbursement checks and wkly meeting | 5.25 | |
| 8/21/2013 | Devine | Posting U & O/Retainer payments and calc daily deposits | 1.5 | |
| 8/22/2013 | Devine | Posting U & O/Retainer payments, Calc daily deposits | 1.5 | |
| 8/23/2013 | Devine | Posting U & O/Retainer Payments, emailing wkly QB reports and Calc daily deposits | 3 | |
| 8/26/2013 | Devine | Posting U & O/Retainer payments and calc. daily deposits for Kate | 3 | |
| 8/27/2013 | Devine | wkly meeting, posting U & O/Retainer payments, calc daily deposit | 5.25 | |
| 8/28/2013 | Devine | Posting U & O/Retainer payments helping Laura with QB reports | 3 | |
| 8/30/2013 | Devine | posting retainer/U & O payments | 1.5 | |
| | | Employee Total | 61.5 | $  5,535 |

| Date | Employee | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 8/6/2013 | Doster | ECF Feed, Appendix A's, QuickBooks Upload | 2.5 | | |
| 8/8/2013 | Doster | Appendix A's | 0.5 | | |
| 8/9/2013 | Doster | QuickBooks Upload | 0.5 | | |
| 8/19/2013 | Doster | ECF Feed, Appendix A's | 2 | | |
| 8/23/2013 | Doster | ECF Feed, QuickBooks upload | 1 | | |
| 8/27/2013 | Doster | ECF Feed, 6/30/13 Account Reconciliation | 6.5 | | |
| 8/28/2013 | Doster | 6/30/13 Account Reconciliation | 5 | | |
| | | Employee Total | 18 | $ | 1,980 |
| | | | | | |
| 8/1/2013 | Hall | electronically and paper file Appendix As | 1.75 | | |
| 8/2/2013 | Hall | electronically file Appendix As; return U&O check with letter to attorney; prepare time M. Sherman time record and draft invoice and cover letter for July billing | 2.75 | | |
| 8/7/2013 | Hall | additional prep of July Court bill; continue filing documents | 2 | | |
| 8/9/2013 | Hall | continue filing; type revisions to amended May Court billing and send; send July Court billing | 3.25 | | |
| 8/13/2013 | Hall | electronically file documents | 4.25 | | |
| 8/14/2013 | Hall | hard copy filing; electronically and hard copy file Appendix As | 3.5 | | |
| 8/15/2013 | Hall | continue with filing; prep and mail letters to attorneys with ret'd U&O checks re cases dismissed | 4 | | |
| 8/16/2013 | Hall | file Appendix As in hard and electronic files; prep and mail letter to attorney re payment from non-plaintiff | 0.5 | | |
| 8/19/2013 | Hall | scan signed order and recommendations to network folders | 0.75 | | |
| 8/20/2013 | Hall | attend team status meeting | 0.5 | | |
| 8/22/2013 | Hall | type letter to Judge with multiple edits and prep for email and regular mail | 2 | | |
| 8/23/2013 | Hall | prepare and mail multiples letter | 0.5 | | |
| 8/27/2013 | Hall | file Appendix As; attend status meeting; scan and file documents | 0.75 | | |
| 8/28/2013 | Hall | mail documents for E. Slingo; scan and file documents | 1 | | |
| 8/30/2013 | Hall | record and mail letters for E. Slingo | 0.5 | | |
| | | Employee Total | 28 | $ | 2,156 |
| | | | | | |
| 8/7/2013 | Simon | weekly meetings and discussions on status | 1.25 | | |
| 8/20/2013 | Simon | weekly meetings and discussions on status | 1.25 | | |
| 8/27/2013 | Simon | weekly meetings and discussions on status | 1 | | |
| 8/28/2013 | Simon | June reconciliation | 1.25 | | |
| | | Employee Total | 4.75 | $ | 1,045 |

| Date | | | | |
|---|---|---|---|---|
| 8/2/2013 | Staples | Batching Checks | 0.5 | |
| 8/5/2013 | Staples | Batching Checks | 1.25 | |
| 8/6/2013 | Staples | Batching Checks | 0.25 | |
| 8/7/2013 | Staples | Batching Checks | 0.5 | |
| 8/8/2013 | Staples | Batching Checks | 0.25 | |
| 8/13/2013 | Staples | Batching Checks | 0.5 | |
| 8/15/2013 | Staples | Batching Checks | 0.5 | |
| 8/16/2013 | Staples | Batching Checks | 0.25 | |
| 8/19/2013 | Staples | Batching Checks | 0.5 | |
| 8/20/2013 | Staples | Batching Checks | 0.5 | |
| 8/29/2013 | Staples | Batching Checks | 1 | |
| 8/30/2013 | Staples | Batching Checks | 1 | |
| | | Employee Total | 7 | $       539 |
| | | | | |
| | | Monthly Totals | 119.25 | $  11,255.00 |
| | | Monthly expense reimbursements | | $       99.90 |
| | | Monthly fee for Office space & Technology for the month of August 2013. | | $    2,000.00 |
| | | | | $  13,354.90 |

Merrill Sherman
Payroll Reimbursement
July 28th through August 31st Payroll

| Employee | Check date | period ending | Amount | tax & W/C charge | Total |
|---|---|---|---|---|---|
| Eric Slingo | | | | | |
| | 8/8/2013 | 8/3/2013 | 2,962.50 | | |
| | 8/15/2013 | 8/10/2013 | 3,000.00 | | |
| | 8/22/2013 | 8/17/2013 | 2,956.50 | | |
| | 8/29/2013 | 8/24/2013 | 3,000.00 | | |
| | 9/5/2013 | 8/31/2013 | 3,000.00 | | |
| | | | 14,919.00 | 1,858.91 | $ 16,777.91 |
| Andrew Rodgers | | | | | |
| | 8/29/2013 | 8/24/2013 | 187.00 | | |
| | 9/5/2013 | 8/31/2013 | 99.00 | | |
| | | | 286.00 | 35.64 | 321.64 |

Total due to Sullivan & Company    $ 17,099.54

# Weekly Employee Time Sheet

## RI Special Master

Employee Name: Eric Singo

Week Starting: 7/28/2013

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 7/28 | | | | 0:00 | 0:00 | |
| Mon 7/29 | 9:30 AM | 40 | 3:30 PM | 5:20 | 5:20 | Updated case files. Scheduled conferences. Printed materials for 7/30 conferences. |
| Tue 7/30 | 9:00 AM | 30 | 4:15 PM | 6:45 | 6:45 | Conferences. |
| Wed 7/31 | 8:30 AM | 30 | 7:00 PM | 10:00 | 10:00 | Printed materials for conferences. Conferences. Updated case files. Scheduled conferences. |
| Thu 8/1 | 9:15 AM | 90 | 8:30 PM | 9:45 | 9:45 | Conference call. Updated case files. Drafted supplemental filing. Responded to attorney emails. Followed up on deadlines. Sent out preconference notices/initial position statements. Entered initial position statements into Access. Scheduled conferences. Started order to comply. |
| Fri 8/2 | 9:30 AM | | 5:10 PM | 7:40 | 7:40 | Edited/filed supplement to dismissal recommendation. Followed up on deadlines. Started retainers. Phone calls with attorneys. |
| Sat 8/3 | | | | 0:00 | 0:00 | |

Total [h]:mm    39:30
Total Hrs:      39.5
Rate/Hr:        75.00
Total Pay:      2,962.50

Employee Signature          Date   8/2

Manager Signature           Date   8/5

Grand Total Pay:            2,962.50 ✓

# Weekly Employee Time Sheet

## RI Special Master

Employee Name: Eric Singo

Week Starting: 8/4/2013

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 8/4 | | | | 0:00 | 0:00 | |
| Mon 8/5 | 9:15 AM | 30 | 6:15 PM | 8:30 | 8:30 | Printed conference packets for today's conferences. Conferences. Invoiced retainers. Sent retainer bills to parties. Updated case files. |
| Tue 8/6 | 9:45 AM | 40 | 8:30 PM | 10:05 | 10:05 | Printed materials for conferences. Conferences. Imported U&O invoices into QB. Drafated recommendations of dismissal for failure to submit Appendix A's. Drafted orders to comply for failure to submit Appendix A's. Drafted recommendations of dismissal for failure to pay retainer fees. Drafted letter to attorney. Recommendation of dismissal for failure to pay U&O. |
| Wed 8/7 | 9:30 AM | 35 | 8:00 PM | 9:55 | 9:55 | Filed final recommendation of dismissal (Appendix A), recommendations of dismissal for failure to pay retainer fees, recommendations of dismissal for failure to pay U&O. Drafted and filed final recommendations of dismissal for failure to pay re-filing arrearage. Drafted withdrawal of recommendaion. Distributed Appendix A order to comply. Drafted and distributed orders to comply and to produce. Drafted recommendations of dismissal for failure to comply with recent orders. Drafted recommendations of dismissal for failure to appear. Drafted recommendatios to remove cases from Special Master's docket. Phone calls with attorneys. Responded to attorney emails. Drafted order to comply (Pre-Conference forms) |
| Thu 8/8 | 9:20 AM | 45 | 7:50 PM | 9:45 | 9:45 | Responded to emails from attorneys. Filed withdrawel of recommendation. Followed up on past due deadlines with defendants. Printed out materials for conferences. Conferenes. Drafted letters to attorneys. Imported retainer invoices into QB. Drafted letter re U&O disbursement. Updated case files. Distributed order to comply (preconference forms). Scheduled conferences. Phone calls with attorneys. Filed pretconference forms and initial position statements. |
| Fri 8/9 | 9:15 AM | | 11:00 AM | 1:45 | 1:45 | Retainer issues. Phone calls with attorneys. Updated case files. U&O disbursements. |
| Sat 8/10 | | | | 0:00 | 0:00 | |

Total [h]:mm   40:00
Total Hrs:   40
Rate/Hr:   75.00
Total Pay:   3,000.00

Employee Signature          Date

Manager Signature          Date

Grand Total Pay:          **3,000.00**

# Weekly Employee Time Sheet

## RI Special Master

Employee Name: Eric Singo

Week Starting: 8/11/2013

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 8/11 | | | | 0:00 | 0:00 | |
| Mon 8/12 | | | | 0:00 | 0:00 | |
| Tue 8/13 | 8:55 AM | 40 | 8:25 PM | 10:50 | 10:50 | Printed out conference forms. Conferences. Phone calls with attorneys. Retainer issues. Followed up on deadlines. Updated case files. |
| Wed 8/14 | 9:15 AM | | 7:25 PM | 10:10 | 10:10 | Conferences. Fixed retainer issues. Scheduled conferences. Followed up on deadlines. |
| Thu 8/15 | 9:30 AM | | 8:40 PM | 11:10 | 11:10 | Conferences. Updated case files. Drafted recommendations to dismiss. Scheduled conferences. Entered pre-conference forms. Entered initial position statements. Sent out deadline lists. |
| Fri 8/16 | 9:15 AM | 30 | 5:00 PM | 7:15 | 7:15 | Conferences. Followed up on deadlines. Submitted recommendations to dismiss. Submitted relief from stay. Scheduled conferences. Updated case files. Disbursement checks. Drafted request to disburse U&O funds. Phone calls with attorneys. |
| Sat 8/17 | | | | 0:00 | 0:00 | |

Total [h]:mm  39:25
Total Hrs:  39.42
Rate/Hr:  75.00
Total Pay:  2,956.50

Employee Signature        Date  8/16/13

Manager Signature        Date  8/27/2013

Grand Total Pay:        2,956.50

# Weekly Employee Time Sheet

## RI Special Master

Employee Name: Eric Singo

Week Starting:   8/18/2013

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 8/18 | | | | 0:00 | 0:00 | |
| Mon 8/19 | 9:15 AM | 30 | 8:25 PM | 10:40 | 10:40 | Scheduled conferences. Updated case files. Status report. Followed up on deadlines. Phone calls with attorneys. Drafted final recommendation of dismissal for U&O. Drafted final recommendatino of dismissal for Plaintiff retainers. |
| Tue 8/20 | 12:05 PM | | 5:50 PM | 5:45 | 5:45 | Weekly staff meeting. Drafted informational filing. Scheduling. |
| Wed 8/21 | 9:30 AM | | 7:35 PM | 10:05 | 10:05 | Printed out materials for conferences. Conferences. Updated case files. Sent out updated deadline lists. Phone calls with attorneys. Scheduled conferences. Drafted letters to attorneys. |
| Thu 8/22 | 9:30 AM | | 6:50 PM | 9:20 | 9:20 | Scheduled conferences. Printed out conference packets to today's conferences. Conferences. Drafted letter. Legal research. |
| Fri 8/23 | 9:30 AM | 75 | 2:55 PM | 4:10 | 4:10 | Updated case files. Phone call with Special Master. Scheduled conferences. Followed up on deadlines. |
| Sat 8/24 | | | | 0:00 | 0:00 | |

Total [h]:mm   40:00
Total Hrs:   40
Rate/Hr:   75.00
Total Pay:   3,000.00

Employee Signature           Date

Manager Signature           Date

Grand Total Pay:           3,000.00

# Weekly Employee Time Sheet

## RI Special Master

Employee Name: Eric Singo

Week Starting: 8/25/2013

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 8/25 | | | | 0:00 | 0:00 | |
| Mon 8/26 | 9:25 AM | 35 | 7:25 PM | 9:25 | 9:25 | Updated case files. Followed up on deadline. Status of retainer 100 days past due. Phone calls with attorneys. Scheduled conferences. Printed materials for 8/27 conference. |
| Tue 8/27 | 9:20 AM | | 8:25 PM | 11:05 | 11:05 | Drafted order re dismissal language. Status report. Printed materials for conference. Team meeting. Conference. Scheduled conferences. U&O checks. Updated case files. U&O disbursements. Filed order re dismissal stip language; commercial property recommendation; and recommendation to remove case from Special Master's docket. |
| Wed 8/28 | 9:25 AM | | 6:20 PM | 8:55 | 8:55 | Finalized and filed final recommendation of dismissal. Printed up materials for conferences. Followed up on deadlines. Conferences. Drafted letters to attorneys. U&O disbursements. Drafted recommendation. Updated and filed report. Filed request. |
| Thu 8/29 | 9:30 AM | 15 | 7:15 PM | 9:30 | 9:30 | Printed out materials for morning conference. Morning conference. Printed out materials for afternoon conferences. Updated case fiels. Afternoon conferences. Drafted request to disburse U&O funds. Phone calls and emails with attorneys. |
| Fri 8/30 | 9:30 AM | | 10:35 AM | 1:05 | 1:05 | Conferences. |
| Sat 8/31 | | | | 0:00 | 0:00 | |

Total [h]:mm  40:00
Total Hrs:  40
Rate/Hr:  75.00
Total Pay:  3,000.00

Employee Signature   Date

Manager Signature   Date

Grand Total Pay:   3,000.00

# Weekly Employee Time Sheet

RI Special Master

Employee Name: _Andrew Rodgers_

Week Starting: _8/18/2013_

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 8/18 | | | | 0:00 | 0:00 | |
| Mon 8/19 | 9:00 AM | | 5:30 PM | 8:30 | 8:30 | Filed Pre-Conference Forms; Organized lists of overdue retainers. |
| Tue 8/20 | | | | 0:00 | 0:00 | |
| Wed 8/21 | | | | 0:00 | 0:00 | |
| Thu 8/22 | | | | 0:00 | 0:00 | |
| Fri 8/23 | | | | 0:00 | 0:00 | |
| Sat 8/24 | | | | 0:00 | 0:00 | |

Total [h]:mm   8:30

Total Hrs:   8.5

Rate/Hr:   22.00

Total Pay:   187.00

Grand Total Pay:                187.00

/s Andrew Rodgers                8/23/2013
Employee Signature              Date

_Böl_          8/26/13
Manager Signature              Date

_Barbara Hurd_  8/27/2013

# Weekly Employee Time Sheet

## RI Special Master

Employee Name: Andrew Rodgers

Week Starting: 8/25/2013

| Day of Week | Time In | Breaks (minutes) | Time Out | Total [h]:mm | Regular [h]:mm | Tasks |
|---|---|---|---|---|---|---|
| Sun 8/25 | | | | 0:00 | 0:00 | |
| Mon 8/26 | | | | 0:00 | 0:00 | |
| Tue 8/27 | | | | 0:00 | 0:00 | |
| Wed 8/28 | | | | 0:00 | 0:00 | |
| Thu 8/29 | | | | 0:00 | 0:00 | |
| Fri 8/30 | 8:45 AM | | 1:15 PM | 4:30 | 4:30 | PreConference Forms, Correcting Access records. |
| Sat 8/31 | | | | 0:00 | 0:00 | |

Total [h]:mm  4:30

Total Hrs:  4.5

Rate/Hr:  22.00

Total Pay:  99.00

Employee Signature        Date        8/30/13

Manager Signature        Date        8/26/13

Grand Total Pay:        99.00