UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Mortgage Foreclosure Cases ) ) ) ) ) | Misc. No. 11-mc-88-M-LDA |

## ORDER APPROVING PAYMENT OF THE SPECIAL MASTER'S EXPENSES

By letter of September 16, 2013, the Special Master requested approval of expenses for the August 1, 2013 through August 31, 2013 time period for her work in fulfilling her duties under the Court's Order.

On September 18, 2013, the Court issued an Order to Show Cause within five days as to any objections to this billing statement. Certain Defendants objected. Upon review of the Special Master's detailed billing statement and Certain Defendants' objection, the Court finds the fees and expenses included for approval are reasonably necessary to fulfill the Special Master's duties under the Court's Order. Certain Defendants' objection is overruled and the total amount of $56,202.94 is approved. Pursuant to the Court's Second Amended Order, this amount will be charged against the retainer upon entry of this Order.

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Judge

October 1, 2013