# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

## ORDER TO DISBURSE FUNDS

The payment of the Special Master's fees and expenses incurred for the period from August 1, 2013 through August 31, 2013 was approved by order on October 1, 2013. Sherman Consulting, LLC and each and every signatory on the RI Special Master Fee Billing Escrow (the "Account"), signing and singly, are hereby authorized and approved to withdraw $56,202.94 from the Account and to disburse the same as follows: (i) to Merrill Sherman in the amount of $6,936.00; (ii) to Proxy Management Solutions, Inc. (Barbara Hurst) in the amount of $18,812.50; and (iii) to Sullivan & Company CPAs LLP in the amount of $30,454.44.

Sherman Consulting, LLC will issue required 1099s to the applicable parties.

IT IS SO ORDERED.


John J. McConnell, Jr.
United States District Judge

October 1, 2013